# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Tonianne J. Bongiovanni |
| v. | Mag. No. 17-5009 (TJB) |
| YOCHEVED NUSSBAUM, a/k/a "Chaya Nussbaum" a/k/a "Yocheved Jaffe" and SHIMON NUSSBAUM, a/k/a "Shimi Nussbaum" | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Molly S. Lorber, Assistant U.S. Attorney), and defendant Yocheved Nussbaum through her attorney, Carlos F. Ortiz, Esq., for an order granting a continuance of the proceedings in the above-captioned matter so that the defendant will have additional time to consult with counsel, the opportunity to meet with the Government to discuss the charges and review pre-indictment discovery, and so that the parties may discuss a pre-indictment resolution to this matter; and the defendant being aware that she has the right to have the matter submitted to a grand jury within thirty days of the date of her initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, whose attorney has signed below, having consented to the continuance and waived such right; and this being the ninth continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, whose attorney has signed below, through her counsel, has requested additional time to consult with counsel and in order to allow the opportunity to meet with the Government to discuss the charges and review pre-indictment discovery;

(2) The United States and the defendant have jointly represented that the parties desire additional time to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of September, 2018,

ORDERED that this action be, and it hereby is, continued from the date hereof through and including November 6, 2018; and it is further

ORDERED that the period from the date hereof through and including November 6, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry
consented to:

Molly S. Lorber
Assistant U.S. Attorney

Carlos F. Ortiz, Esq.
Counsel for defendant Yocheved Nussbaum

Thomas Eicher (MSL for TE)
Thomas Eicher
Deputy United States Attorney

2